**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR413** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DANIEL L. REESE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's withdrawal of motion (Filing No. 16). Previously, defendant Daniel L. Reese (Reese) filed a motion to extend time (Filing No. 14). Accordingly, Reese's withdrawal motion (Filing No. 16) is granted, and the motion for an extension of time (Filing No. 14) is denied as moot.

**IT IS SO ORDERED.**

DATED this 29th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge